Dismissed and Memorandum Opinion filed August 27,
2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00714-CV

____________

 

GRAND TOUR PRODUCTIONS, INC. D/B/A
BAREBACK INN AND

GENE EARL GRANT, Appellants

 

V.

 

SCOTTSDALE INSURANCE COMPANY, Appellee

 



 

On Appeal from the
61st District Court

Harris County,
Texas

Trial Court Cause
No. 2007-59624

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed July 14, 2009.  On
August 19, 2009, appellants filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices
Anderson, Guzman, and Boyce.